ANGELA ALIOTO, State Bar No.130328
LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Phone: 415-434-8700
Fax: 415-438-4638
Email: amv@aliotolawoffices.com

SANDRA L. RIBERA, State Bar No. 236769
LAW OFFICES OF SANDRA L. RIBERA
700 Montgomery Street
San Francisco, CA 94111
Phone: 415-690-8459
Facsimile: 415-842-0321
Email: sandraliberaesq@gmail.com

Attorneys for Plaintiff
LISA DAVIS

DANIELLE OCHS-TILLOTSON, State Bar No. 178677
danielle.ochstillotson@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
THYSSENKRUPP ACCESS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>THYSSENKRUPP ACCESS, and DOES 1-100<br><br>Defendants. | Case No. 4:10-05605 PJH-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Action Filed: September 24, 2010<br>Trial Date: June 23, 2012 |

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Lisa Davis ("Plaintiff") and her attorneys of record Law Offices of Mayor Joseph L. Alioto & Angela Alioto, by Sandra L. Ribera, and Defendant ThyssenKrupp Access Corporation ("Defendant"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, at the initial case management conference, the Court ordered that the parties complete mediation by August 22, 2011;

2. **WHEREAS**, the Court assigned Amy Levine and Margaret Hart Edwards from its panel to serve as co-mediators;

3. **WHEREAS**, after completing significant discovery in this matter, the parties agreed that the issues and circumstances involved in this case would require a private mediator mutually selected by the parties;

4. **WHEREAS**, the parties stipulated to the Honorable Ellen James to serve as the mediator in this case;

5. **WHEREAS**, the next available date for all parties, counsel, and Judge James is November 11, 2011, which is the current date of the mediation; and

6. **WHEREAS**, good cause exists to modify the Pretrial Scheduling Order to continue the mediation cut-off date from August 22, 2011 to November 14, 2011.

///

///

///

///

///

///

///

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** for an Order modifying the Pretrial Scheduling Order to continue the mediation cut off date from August 22, 2011 to November 14, 2011.

DATED: August 19, 2011

LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO

By: /s/
ANGELA ALIOTO
SANDRA L. RIBERA
Attorneys for Plaintiff LISA DAVIS

DATED: August 19, 2011

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/
DANIELLE OCHS-TILLOTSON
GREGORY C. CHENG
Attorneys for Defendant THYSSENKRUPP ACCESS CORPORATION

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the Pretrial Scheduling Order is modified to continue the mediation cut-off date from August 22, 2011 to November 14, 2011. The referral to court sponsored mediation is withdrawn. The parties are referred to private mediation.

**IT IS SO ORDERED.**

DATED: August 22, 2011

By:
Hon. Phyllis J. Hamilton
United States District Court Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

10830516_2.DOC