1  DANIELLE OCHS-TILLOTSON, State Bar No. 178677
   danielle.ochstillotson@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendant
7  THYSSENKRUPP ACCESS CORPORATION

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  LISA DAVIS,                                    Case No. 4:10-05605 PJH-DMR

12           Plaintiff,                            **[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

13       vs.

14  THYSSENKRUPP ACCESS, and DOES 1-100            Action Filed:   September 24, 2010
                                                   Trial Date:     July 23, 2012
15           Defendants.

16

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

11288706_1.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)

**IT IS HEREBY STIPULATED** by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).

DATED: December 7, 2011         RIBERA LAW FIRM

By: ____/s/_____
SANDRA L. RIBERA
Attorneys for Plaintiff
LISA DAVIS

DATED: December 7, 2011         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: ____/s/_____
DANIELLE OCHS-TILLOTSON
GREGORY C. CHENG
Attorneys for Defendant
THYSSENKRUPPACCESS CORPORATION

## ~~PROPOSED~~ ORDER

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action. It is further ordered that the parties shall bear their own attorneys' fees and their own costs.

Dated: 12/8/11

_____
The Honorable Phyllis J. Hamilton
USDC Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

11288706.1 (OGLETREE)

11288706_1.DOC