1  DANIELLE OCHS-TILLOTSON, State Bar No. 178677
   danielle.ochstillotson@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  THYSSENKRUPP ACCESS CORPORATION

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LISA DAVIS, | Case No. 4:10-05605 PJH-DMR |
12 | Plaintiff, | **[PROPOSED] ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |
13 | vs. | |
14 | THYSSENKRUPP ACCESS, and DOES 1-100 | Action Filed:   September 24, 2010<br>Trial Date:       July 23, 2012 |
15 | Defendants. | |

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

11288706_1.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)

1   **IT IS HEREBY STIPULATED** by and between the Parties to this action through their
2   designated counsel that the above-referenced action be and hereby is dismissed, with prejudice,
3   pursuant to FRCP Section 41(a)(1).

5   DATED:  December 7, 2011                     RIBERA LAW FIRM

8                                               By: ____/s/_____
                                                SANDRA L. RIBERA
                                                Attorneys for Plaintiff
                                                LISA DAVIS

11  DATED:  December 7, 2011                    OGLETREE, DEAKINS, NASH, SMOAK &
                                                STEWART, P.C.

14                                              By: ____/s/_____
                                                DANIELLE OCHS-TILLOTSON
                                                GREGORY C. CHENG
                                                Attorneys for Defendant
                                                THYSSENKRUPPACCESS CORPORATION

### ~~PROPOSED~~ ORDER

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action.  It is further ordered that the parties shall bear their own attorneys' fees and their own costs.

Dated: 12/8/11                                  _____
                                                The Honorable Phyllis J. Hamilton
                                                USDC Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

11288706.1 (OGLETREE)